FILED
CLERK, U.S. DISTRICT COURT

JUL 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALEXANDER CONTEE HALL,                )    NO. CV 08-4128-MMM(E)
                                      )
                Petitioner,           )
                                      )
        v.                            )                JUDGMENT
                                      )
LARRY SMALL, Warden,                  )
                                      )
                Respondent.           )
_____)

        Pursuant to the "Order of Dismissal,"

        IT IS ADJUDGED that the Petition is denied and dismissed
without prejudice.

        DATED:  _____ July 21 _____, 2008.


                        _____
                              MARGARET M. MORROW
                        UNITED STATES DISTRICT JUDGE